**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

Berta Bowser                                               Civil Action 05-0421

versus                                               Judge Tucker L. Melançon

Commissioner of Social Security                  Magistrate Judge C. Michael Hill

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED that the Commissioner's previous administrative decision is REVERSED and this action is REMANDED to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[3] This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to assess claimant's impairments in light of her obesity and develop the record by conducting an adequate hearing.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 3rd day of March, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[3] A fourth sentence remand constitutes a "final judgment" that trigger the filing period for an EAJA fee application. *Shalala v. Schaeffer,* 509 U.S. 292 (1993); *Freeman v. Shalala,* 2 F.3d 552 (5th Cir. 1993).